THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN COLE, Appellant. [834 NYS2d 895]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered December 1, 2004. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.